Jul-23-07 10:51A SEA COAST INSPECTION MIAMI 305 259 5264                P.01



SEA COAST INSPECTION SERVICES, INC.

8565 SW 125 Street
Miami, FL 33156
Tel (305) 259-9442 Fax (305) 259-5264
e-mail: scismiami@msn.com

COPY

# CONTAINER STUFFING CERTIFICATE
Our File No.: 9-009-354

Issue Date: September 12, 2006                Page 1 of 2

*THIS IS TO CERTIFY THAT* our attending surveyor, did at the request of World Magic Entertainment, Inc., 2201 NW 102 Place, Unit #2, Miami, FL 33172, attend the loading of container No. KNLU-501133/3, at 0800 hours on September 11, 2006. The purpose of the inspection was to verify that the container met CSC and industry standards prior to loading, to verify count and general condition of products loaded with relevant exceptions taken and reported as may be the case, and to verify proper closure and sealing of the container with notation of the security seal so applied. In this regard we report as follows:

**Shipper:** World Magic Entertainment, Inc.
**Consignee:** Matrix Games S.A.

**General:**
Loading Facility: World Magic Entertainment, Inc.
2201 NW 102 Place, Unit #2

Contact Name/Phone: Steve - 305-477-0722
No. in Work Party: 3
Load Date/Time of Attendance: September 11, 2006 from 0800 to 1050 hrs.

**Container No.:** KNLU-501133/3
**Type Equipment:** 40' Intermodal Freight Container
**SECURITY SEAL(S):** Bar Seal 77099 + 11596N + 11597N

**Packing:** The commodities listed on the attached back-up documentation were found packed in original shipping cartons/boxes suited for the purpose intended and customary for the trade.



EXHIBIT B

INDEPENDENT MARINE CARGO SURVEYORS / CONSULTANTS
*CERTIFIED INTEGRATED MARITIME AUDITOR*
Member of The International Cargo Security Council

SEA COAST INSPECTION SERVICES, INC.

COPY

Page -2-
Container Stuffing Certificate
Our File No.: 9-009-354

**Stowage:** The commodities were hand stacked in block form. ISO markings and labels, in some instances, were noted. ISO markings, if present, were respected in the proper stowage of the shipment. The nature of the stow was generally tight and self locking so as to preclude shifting in transit.

## DESCRIPTION OF GOODS:

| Cartons | Pcs./Ctn. | Total Pcs. | Model | Description | Origin |
|---|---|---|---|---|---|
| 1648 | 4 | 6592 | SCPH75001 | Sony Wheel V-9 | China |
| 24 | 3 | 72 | Wheel V-9 | | China |

Total Cartons: 1672
Total Pieces: 6664

*Condition of Goods:* Sound as per cursory inspection.

This certificate is a statement of fact for and to whom it may concern. It reflects our findings with regard to the container and goods sighted at time of loading and is issued without prejudice to the rights of any party related to the shipment.

_____
Nicholas Trivizas, Jr.
(For the Corporation)

Enclosure(s): Photographs taken during loading.