

# IJU AGENCY OF FLORIDA
**Brokers of Marine Insurance & Specialty Risks**

## POLICY (CERTIFICATE) OF MARINE INSURANCE
### OPEN COVER N° / CERTIFICATE N°
### 200683*6   /   0000056

INSURED AT THE CONDITIONS OF THE ANTWERP MARINE POLICY AND AT THE FOLLOWING CONDITIONS:

**ASSURED:** WORLD MAGIC ENTERTAINMENT, INC.
Acting for his own account as for account of whom it may concern.

**VOYAGE:** FROM WAREHOUSE IN MIAMI FL TO WAREHOUSE IN CIUDAD DEL ESTE.
Warehouse to warehouse, as per the Extended Cover Clause.

**CONVEYANCE:** MAERSK NANHAI V-617
and/or substitute and/or any other conveyance (s).

**INSURED VALUE:** $ 888,000.00
Agreed value, which assurers undertake not to contest including whatsoever anticipated profit and freight earned, to be considered as costs if necessary; all parties derogating from all contrary laws and dispositions in this respect, on:

**GOODS & MARKS:** BILL OF LADING 510676352
CONTAINER KNLU 501133-3
SEAL 77099 / 11596N / 11597N
6,496 PS2 NEW + 72 PCS WHEEL.
1,672 BOXES.

**CONDITIONS:** In all cases, the following clauses are included as far as applicable:
1) Institute Cargo Clauses A (1/1/82).
Institute Cargo Clauses (Air) (excluding sendings by post) (1/1/82).
Institute War Clauses (Cargo) (1/1/82).
Institute War Clauses (Air Cargo) (excluding sendings by post) (1/1/82).
Institute Strikes Clauses (Cargo) (1/1/82).
Institute Strikes Clauses (Air Cargo) (1/1/82).
Institute Voyage Clauses Freight (1/10/83).
Institute War and Strikes Clauses Freight Voyage (1/10/83).
Institute Time Clauses Freight (1/10/94).
Institute War and Strikes Clauses Freight Time (1.1.83)
Institute Classification Clause (UK)
Subject to no known or reported losses as of 09/11/2006
Free from any Liability for Unpaid Premium
Claims payable through MARSH SA to the holder of this certificate.
Settlement under one original shall render all others nil and void.

**CLAIMS:** In case of claim please apply to: - for accidents occuring in transit:
- for damages at destination:

MARSH S.A.
MR. ERNESTO REUTER
TEL: 595-21-446191
FAX: 595-21-446379

See overleaf for instructions to be followed in case of loss or damage.

**New York,** September 11, 2006
The leading Company,
signing for own account and by proxy of all companies participating as per policy.

EDWARD KASSAB
FOR AND ON BEHALF OF
IJU AGENCY OF FLORIDA INC.
ACTING AS BROKER ONLY.

**EXHIBIT C**

International Jewelers Underwriters Agency of Florida, Inc.
6355 NW 36th Street, Suite 300, Miami, FL 33166

TOTAL P.03