

# SEA COAST INSPECTION SERVICES, INC.

8565 SW 125 Street
Miami, FL 33156
Tel (305) 259-9442 Fax (305) 259-5264
e-mail: scismiami@msn.com

COPY

## CONTAINER ESCORT CERTIFICATE
Our File No.: 9-009-354

Page 1 of 1

Issue Date: September 12, 2006

THIS IS TO CERTIFY THAT our surveyor, at the request of World Magic Entertainment, Inc. on September 11, 2006 escorted container no. KNLU-501133/3 from the loading facility to the Port of Miami, respectively.

| | |
|---|---|
| **STEAMSHIP LINE** | Maersk |
| **VESSEL** | M/V MAERSK NANHAI V. 617 |
| **BOOKING NO.** | 510676352 |
| **SHIPPER** | World Magic Entertainment, Inc. |
| **CONSIGNEE** | Matrix Games S.A. |
| **LOADING FACILITY** | World Magic Entertainment, Inc.<br>2201 NW 102 Place, Unit #2<br>Miami, FL 33172 |
| **CONTAINER** | 40' KNLU-501133/3 |
| **SEALS** | Bar Seal 77099 + 11596N + 11597N |
| **INLAND CARRIER** | Delta Trucking |

Container sealed: **1045 hrs. on 9/11/06**
Container picked up at loading facility: **1050 hrs. on 9/11/06**
Container delivered to the Port of Miami: **1145 hrs. on 9/11/06**

Note: There was a long line at the entrance to the Port of Miami.

The container was delivered to the Port of Miami without incident.

_Nicholas Trivizas, Jr._
(For the Corporation)

Enclosure(s): Photographs taken during escort to the Port of Miami.



INDEPENDENT MARINE CARGO SURVEYORS / CONSULTANTS
*CERTIFIED INTEGRATED MARITIME AUDITOR*
Member of The International Cargo Security Council

Jul-23-07 10:51A SEA COAST INSPECTION MIAMI 305 259 5264        P.04



COPY

## SEA COAST INSPECTION SERVICES, INC.

8565 SW 125 Street
Miami, FL 33156
Tel (305) 259-9442 Fax (305) 259-5264
e-mail: scismiami@msn.com

# CERTIFICATE OF LOADING NO. 9-009-354

Page 1 of 1

**Issue Date:** September 12, 2006

**Booking No.:** 510676352

**Inspection Date:** September 11, 2006

**Consignee:** Matrix Games S.A.

**Container No.:** KNLU-501133/3

**Place of Inspection:** World Magic

**Container Size:** 40' H.C.

**Seal Nos.:** 77099 + 11596N + 11597N

| Cartons | Pcs./Ctn. | Total Pcs. | Model | Description | Origin |
|---|---|---|---|---|---|
| 1648 | 4 | 6592 | SCPH75001 | Sony | China |
| 24 | 3 | 72 | Wheel V-9 | Wheel V-9 | China |

**Total Cartons:** 1672         **Total Pieces:** 6664

This certificate is a statement of fact for and to whom it may concern. It reflects our findings with regard to the container and goods sighted at time of loading and is issued without prejudice to the rights of any party related to the shipment.

INDEPENDENT MARINE CARGO SURVEYORS / CONSULTANTS
*CERTIFIED INTEGRATED MARITIME AUDITOR*
Member of The International Cargo Security Council