# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC: MAEU
B/L No. 510676352

**Shipper**
INTERPORT SERVICES
2023 NW 84 AVENUE
FMC 18381NF, TEL: 305-477-1910,
MIAMI, FL 33122 UNITED STATES.

**Booking No.** 510676352

**Export references**
PYC-35-06

**Onward inland routing** (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Consignee** (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")
MATRIX GAMES S.A
CIUDAD DEL ESTE
CNPJ-03546774/0002-91
PARAGUAY.

**Notify Party** (see clause 22)
TARRO (595)61-510899

**Vessel** (see clause 1 + 19): MAERSK NANHAI
**Voyage No.**: 0617

**Place of Receipt.** Applicable only when document used as Multimodal Transport B/L (see clause 1)

**Port of Loading**: MIAMI, FL
**Port of Discharge**: Santos

**Place of Delivery.** Applicable only when document used as Multimodal Transport B/L (see clause 1)

---

**PARTICULARS FURNISHED BY SHIPPER**

Kind of Packages, Description of goods; Marks and Numbers; Container No./Seal No.

1 Container Said to Contain 1372 BOXES

ELECTRONIC GOODS
AES ITN: X20060920005077
POINT OF ORIGIN FLORIDA

KNLU5011333  US5723364  40 DRY 9'6  1372 BOXES  15604.00 KGS  40.00 CBM
Shipper Seal
77099 , 11596N , 11597N
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION
REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.

CY / CY

FREIGHT PREPAID

SHIPPED ON BOARD MAERSK NANHAI/61D ON 2006-09-13 AT MIAMI

"IN TRANSIT TO CIUDAD DEL ESTE, PARAGUAY - ONWARDS (INLAND) CARRIAGE
FROM SANTOS, BRAZIL (PORT OF DISCHARGE/PLACE OF DELIVERY) TO CIUDAD DEL

**Weight**: 15604.00 KGS
**Measurement**: 40.00 CBM

COPY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 170.00 | Per Container | USD | 170.00 | |
| Bunker Adjustment Factor | 330.00 | Per Container | USD | 330.00 | |
| Capatazia | 280.00 | Per Container | BRL | | 280.00 |
| Documentation Fee - Destina | 155.00 | Per Bill of Lading | BRL | | 155.00 |
| Manual Documentation Proces | 25.00 | Per Bill of Lading | USD | 25.00 | |
| Carrier Security Charge | 6.00 | Per Container | USD | 6.00 | |

**Carrier's Receipt** Total number of containers or packages received by Carrier: 1 container(s)

**Place of Issue of B/L**: Miami

**Number & Sequence of Original B(s)/L**: THREE/3

**Date of Issue of B/L**:

**Declared Value** (see clause 7.3):

**Shipped on Board Date**: 2006-09-13

**Forwarder**
INTERPORT SERVICES
NW 84TH AVE
Miami FL
33122
FMC# 18381

Signed for the Carrier A.P. Møller - Maersk A/S trading as Maersk Line

As Agent(s) for the Carrier
Maersk Inc - Miami CRC


EXHIBIT