

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Judge Pauley**

| WORLD MAGIC ENTERTAINMENT, INC., | Case **07 CIV 8122** |
|---|---|
| Plaintiff, | |
| v. | |
| GREAT LAKES (UK) REINSURANCE PLC, | **Rule 7.1 Statement** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WORLD MAGIC ENTERTAINMENT, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: September 12, 2007

Jan M. Kuylenstierna
NY Bar No. JMK0441

Form Rule7_1.pdf