UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 07-CIV 8122 (WHP)

| | |
|---|---|
| WORLD MAGIC ENTERTAINMENT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GREAT LAKES (UK) REINSURANCE PLC,<br><br>    Defendant. | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u> |

    COMES NOW, Plaintiff, WORLD MAGIC ENTERTAINMENT, INC.. by and through its undersigned attorneys and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure hereby files this its voluntary dismissal <u>without prejudice</u> of the above-styled cause against Defendant GREAT LAKES (UK) REINSURANCE PLC.

    Respectfully submitted,

s/Jan M. Kuylenstierna
Jan M. Kuylenstierna
NY Bar No.JMK0441
Email: jkuylenstierna@fowler-white.com

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
[attorneys for Plaintiff WORLD MAGIC ENTERTAINMENT, INC.]

CASE NO. 07-CIV 8122

-2-

                    s/Randall K. Roonan  
                    Randall K. Roonan  
                    NY Bar No. RR4407  
                    RKR@grahammiller.com  
                    GRAHAM, MILLER, NEANDROSS,  
                    MULLIN & ROONAN, LLC  
                    2350 Broadway  
                    New York, NY  10024  
                    Telephone: (212) 671-1179  
                    [attorneys for Plaintiff WORLD MAGIC  
                    ENTERTAINMENT, INC.]

Dated: November 7, 2007