UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 07-CIV 8122 (WHP)

DEC 1 9 2007

| WORLD MAGIC ENTERTAINMENT, INC., | |
|---|---|
| Plaintiff, | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u> |
| v. | |
| GREAT LAKES (UK) REINSURANCE PLC, | |
| Defendant. | |

COMES NOW, Plaintiff, WORLD MAGIC ENTERTAINMENT, INC.. by and through its undersigned attorneys and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure hereby files this its voluntary dismissal <u>without prejudice</u> of the above-styled cause against Defendant GREAT LAKES (UK) REINSURANCE PLC.

Respectfully submitted,

*The Clerk of the Court is directed to mark the case closed.*

SO ORDERED:

*[signature]*

WILLIAM H. PAULEY III U.S.D.J.

12/19/07

s/Jan M. Kuylenstierna
Jan M. Kuylenstierna
NY Bar No. JMK0441
Email: jkuylenstierna@fowler-white.com

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
[attorneys for Plaintiff WORLD MAGIC ENTERTAINMENT, INC.]

CASE NO. 07-CIV 8122

        s/Randall K. Roonan
        Randall K. Roonan
        NY Bar No. RR4407
        RKR@grahammiller.com
        GRAHAM, MILLER, NEANDROSS,
        MULLIN & ROONAN, LLC
        2350 Broadway
        New York, NY  10024
        Telephone: (212) 671-1179
        [attorneys for Plaintiff WORLD MAGIC
        ENTERTAINMENT, INC.]

Dated: November 7, 2007